UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80207-CIV-RYSKAMP/WHITE

KEITH CHRISTIAN COJOCAR,

        Petitioner,

v.

WALTER A. McNEIL,

        Respondent.
_____/

## ORDER DENYING CERTIFICATE OF APPEALABILITY

THIS CAUSE comes before the Court upon petitioner's notice of appeal **[DE 26]** and application for certificate of appealability **[DE 24, 25, 27]**, all filed on January 5, 2009. On December 3, 2008, this Court adopted the report and recommendation of Magistrate Judge White, recommending that petitioner's writ of habeas corpus be dismissed. Petitioner now wishes to appeal that dismissal to the Eleventh Circuit.

A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. §2253(c)(2). Issues should be approved for appeal if they are "adequate to deserve encouragement to proceed further" because "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 120 S.Ct. 1595, 1603-04 (2000) (citing *Barefoot v. Estelle*, 463 U.S. 880, 893 and n.4 (1983)).

In the application for a certificate of appealability,[1] petitioner gave notice that he planned

---

[1] This Court construes the application for a certificate of appealability as a motion for a certificate of appealability.

to appeal the final judgment to the Eleventh Circuit. After a review of petitioner's present motions, Judge White's report and recommendation, and the record, the Court finds that petitioner has not presented a substantial showing of the denial of a constitutional right and that reasonable jurists could not disagree about the merits of petitioner's constitutional claims. Moreover, although it appears that petitioner failed to pay the filing fee, no motion to proceed *in forma pauperis* has been filed.

Accordingly, it is hereby,

ORDERED and ADJUDGED that petitioner's Notice of Appeal **[DE 26]** and Motion for a Certificate of Appealability **[DE 24, 25, 27]** are hereby **DENIED**.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 7 day of January, 2009.

/s/ Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

copies provided:
Magistrate Judge Patrick A. White
Keith Christian Cojocar, *pro se*